UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

SILVIA SANDOVAL DONIS                CASE NUMBER: 12-12469
                                     CHAPTER 13
Debtor

---

TRUSTEE'S OBJECTION TO CLAIM #5-1

---

COMES NOW, the Trustee, Debra L. Miller, and for her Objection to Court Claim #5-1, states as follows:

1. Debtors filed this bankruptcy on July 25, 2012, and the Plan was confirmed on September 26, 2012.

2. On October 15, 2012, Creditor InSolve Recovery c/o Capital Recovery Group filed Court Claim #5-1 in the amount of $1,409.65, unsecured, without an itemized statement indicating the amount of the principal, interest, and any fees, expenses, or other charges as required by Federal Rule of Bankruptcy Procedure. 3001 (c) (2)(A).

3. On October 20, 2012, Trustee sent correspondence to Creditor InSolve Recovery c/o Capital Recovery Group advising that the claim failed to break out the principal balance, interest, fees, expenses or other charge incurred pre-petition (Attachment A).

4. On November 21, 2012, Trustee again sent correspondence to Creditor InSolve Recovery c/o Capital Recovery Group advising that the claim failed to break out

the principal balance, interest, fees, expenses or other charge incurred pre-petition (Attachment B).

5. On April 24, 2014, Trustee sent another letter to Creditor InSolve Recovery c/o Capital Recovery Group advising that the claim failed to break out the principal balance, interest, fees, expenses or other charge incurred pre-petition (Attachment C).

6. On June 2, 2014, Trustee send a fourth letter to Creditor InSolve Recovery c/o Capital Recovery Group advising that the claim failed to break out the principal balance, interest, fees, expenses or other charge incurred pre-petition (Attachment D).

7. To date, Creditor InSolve Recovery c/o Capital Recovery Group has not responded to Trustee's correspondence and has not amended its claim.

WHEREFORE, pursuant to 11 U.S.C. §502(a), the Trustee requests the Court enter an order disallowing Court Claim #5-1, filed by InSolve Recovery c/o Capital Recovery Group, because it is filed without a statement itemizing pre-petition principal, interest, fees, expenses or other charges as required by Fed. R. Bankr. P. 3001(c)(2)(A).

Dated: July 22, 2014

Respectfully Submitted,

/s/Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
Katherine E. Iskin FBN 73023,
Staff Attorney for Debra L. Miller
Jon R. Rogers, (27701-49),
Staff Attorney for Debra L. Miller
P. O. Box 11550
South Bend, Indiana 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this objection was sent on      July 22, 2014

By U.S. Mail postage prepaid to the following:
Debtors: Silvia Donis, 55 Country Forest Dr., Fort Wayne, IN 46818
Creditor: InSolve Recovery c/o Capital Recovery Group, Dept. 3203, PO Box 123203, Dallas, TX 75312

By electronic mail via CM/ECF to:
Debtors' Attorney: Christopher Schimke
US Trustee: ustpregion10.so.efc@usdoj.gov

                                                        /s/ Debra L. Miller
                                                        Debra L. Miller



TRUSTEE EXHIBIT A

**Standing Chapter 13 Bankruptcy Trustee**
Debra L. Miller, Trustee
Northern District Of Indiana
South Bend and Fort Wayne Divisions
PO Box 11550
South Bend, Indiana 46634
(574) 251-1493 (phone)   (574) 251-1494 (fax)

October 20, 2012

To:   INSOLVE RECOVERY, LLC, AS AGENT FOR
CAPITAL RECOVERY GROUP, LLC
DEPT 3203, P.O. BOX 123203
DALLAS, TX 75312-3203

Re:   Debtor Name:       SILVIA SANDOVAL DONIS and
Case No:              12-12469
Account No.         4981

Dear Bankruptcy Dept.:

Our records indicate your recently filed claim, Court Claim #5-1, is incomplete for the reasons indicated below. We cannot begin payments until the claim has been corrected. If it is not corrected within 30 days, then our office will submit an objection to Court.

**Please be advised that creditors are required to comply with the new provisions of FRBP 3001(c)(2)(A) (effective 12/1/2011) which states "If in addition to its principal amount, a claim includes interest, fees, expenses or other charges incurred before the petition was filed, an itemized statement of the interest, fees, expenses, or charges shall be filed with the proof of claim."**

**Additionally, creditors are required to utilize the new Form B10- proof of claim form- and provide a Power of Attorney if an entity is signing and/or filing the proof of claim on behalf of the holder of the claim. This form is required for all proof of claim forms filed after 12/1/2011.**

**Please submit an amended claim with US Bankruptcy Court with the following items corrected:**

☒   Claim fails to break out principal balance, interest, fees, expenses or other charges incurred prior to the filing of the bankruptcy.

☐   Claim as filed fails to provide the power of attorney as entity filing claim is not the creditor.

☐   Car claim missing title showing perfected lien

☐   Missing signed security agreement

☐   Claim does not specify calculations supporting the balance due. Specifically we require principal balance, interest, fees and any other amounts due.

☐   Claim is not signed

☐ Claim reports different amounts in numerous sections – balance due undeterminable

☐ Other:

If you have any questions, please seek legal advice from your attorney. **Our office CANNOT offer legal advice, which includes any additional information about the requirement of your claim or how to proceed in correcting the issues.**

Sincerely,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee

cc: CHRISTOPHER SCHIMKE, GLASER & EBBS, 132 EAST BERRY STREET, FORT WAYNE, IN,46802-



**Standing Chapter 13 Bankruptcy Trustee**
Debra L. Miller, Trustee
Northern District Of Indiana
South Bend and Fort Wayne Divisions
PO Box 11550
South Bend, Indiana 46634
(574) 251-1493 (phone)   (574) 251-1494 (fax)

November 21, 2012

To: INSOLVE RECOVERY, LLC, AS AGENT FOR
CAPITAL RECOVERY GROUP, LLC
DEPT 3203, P.O. BOX 123203
DALLAS, TX 75312-3203

Re: Debtor Name:   SILVIA SANDOVAL DONIS and
    Case No:       12-12469
    Account No.    4981

Dear Bankruptcy Dept.:

Our records indicate your recently filed claim, Court Claim #5-1, is incomplete for the reasons indicated below. We cannot begin payments until the claim has been corrected. If it is not corrected within 30 days, then our office will submit an objection to Court.

Please be advised that creditors are required to comply with the new provisions of FRBP 3001(c)(2)(A) (effective 12/1/2011) which states "If in addition to its principal amount, a claim includes interest, fees, expenses or other charges incurred before the petition was filed, an itemized statement of the interest, fees, expenses, or charges shall be filed with the proof of claim."

Additionally, creditors are required to utilize the new Form B10- proof of claim form- and provide a Power of Attorney if an entity is signing and/or filing the proof of claim on behalf of the holder of the claim. This form is required for all proof of claim forms filed after 12/1/2011.

Please submit an amended claim with US Bankruptcy Court with the following items corrected:

☒  Claim fails to break out principal balance, interest, fees, expenses or other charges incurred prior to the filing of the bankruptcy.

☐  Claim as filed fails to provide the power of attorney as entity filing claim is not the creditor.

☐  Car claim missing title showing perfected lien

☐  Missing signed security agreement

☐  Claim does not specify calculations supporting the balance due. Specifically we require principal balance, interest, fees and any other amounts due.

☐  Claim is not signed

- ☐ Claim reports different amounts in numerous sections – balance due undeterminable

- ☐ Other:

If you have any questions, please seek legal advice from your attorney. Our office CANNOT offer legal advice, which includes any additional information about the requirement of your claim or how to proceed in correcting the issues.

Sincerely,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee

cc: CHRISTOPHER SCHIMKE, GLASER & EBBS, 132 EAST BERRY STREET, FORT WAYNE, IN, 46802-



Standing Chapter 13 Bankruptcy Trustee
Debra L. Miller, Trustee
Northern District Of Indiana
South Bend and Fort Wayne Divisions
PO Box 11550
South Bend, Indiana 46634
(574) 251-1493 (phone)  (574) 251-1494 (fax)

April 24, 2014

To:   INSOLVE RECOVERY, LLC, AS AGENT FOR
      CAPITAL RECOVERY GROUP, LLC
      DEPT 3203, P.O. BOX 123203
      DALLAS, TX  75312-3203

Re:   Debtor Name:   SILVIA SANDOVAL DONIS and
      Case No:       12-12469
      Account No.    4981

Dear Bankruptcy Dept.:

Our records indicate your recently filed claim, Court Claim #05, is incomplete for the reasons indicated below.  We cannot begin payments until the claim has been corrected.  If it is not corrected within 30 days, then our office will submit an objection to Court.

**Please be advised that creditors are required to comply with the new provisions of FRBP 3001(c)(2)(A) (effective 12/1/2011) which states "If in addition to its principal amount, a claim includes interest, fees, expenses or other charges incurred before the petition was filed, an itemized statement of the interest, fees, expenses, or charges shall be filed with the proof of claim."**

Additionally, creditors are required to utilize the new Form B10- proof of claim form- and provide a Power of Attorney if an entity is signing and/or filing the proof of claim on behalf of the holder of the claim. This form is required for all proof of claim forms filed after 12/1/2011.

**Please submit an amended claim with US Bankruptcy Court with the following items corrected:**

☒    Claim fails to break out principal balance, interest, fees, expenses or other charges incurred prior to the filing of the bankruptcy.

☐    Claim as filed fails to provide the power of attorney as entity filing claim is not the creditor.

☐    Car claim missing title showing perfected lien

☐    Missing signed security agreement

☐    Claim does not specify calculations supporting the balance due.  Specifically we require principal balance, interest, fees and any other amounts due.

☐    Claim is not signed

- ☐  Claim reports different amounts in numerous sections – balance due undeterminable

- ☐  Other:

If you have any questions, please seek legal advice from your attorney. Our office CANNOT offer legal advice, which includes any additional information about the requirement of your claim or how to proceed in correcting the issues.

Sincerely,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee

cc: GLASER & EBBS, , 132 EAST BERRY STREET, FORT WAYNE, IN, 46802-



Standing Chapter 13 Bankruptcy Trustee
Debra L. Miller, Trustee
Northern District Of Indiana
South Bend and Fort Wayne Divisions
PO Box 11550
South Bend, Indiana 46634
(574) 251-1493 (phone)   (574) 251-1494 (fax)

June 2, 2014

To:   INSOLVE RECOVERY, LLC, AS AGENT FOR
      CAPITAL RECOVERY GROUP, LLC
      DEPT 3203, P.O. BOX 123203
      DALLAS, TX  75312-3203

Re:   Debtor Name:    SILVIA SANDOVAL DONIS and
      Case No:        12-12469
      Account No.     4981

Dear Bankruptcy Dept.:

Our records indicate your recently filed claim, Court Claim #05, is incomplete for the reasons indicated below.  We cannot begin payments until the claim has been corrected.  If it is not corrected within 30 days, then our office will submit an objection to Court.

Please be advised that creditors are required to comply with the new provisions of FRBP 3001(c)(2)(A) (effective 12/1/2011) which states "If in addition to its principal amount, a claim includes interest, fees, expenses or other charges incurred before the petition was filed, an itemized statement of the interest, fees, expenses, or charges shall be filed with the proof of claim."

Additionally, creditors are required to utilize the new Form B10- proof of claim form- and provide a Power of Attorney if an entity is signing and/or filing the proof of claim on behalf of the holder of the claim. This form is required for all proof of claim forms filed after 12/1/2011.

Please submit an amended claim with US Bankruptcy Court with the following items corrected:

☒   Claim fails to break out principal balance, interest, fees, expenses or other charges incurred prior to the filing of the bankruptcy.

☐   Claim as filed fails to provide the power of attorney as entity filing claim is not the creditor.

☐   Car claim missing title showing perfected lien

☐   Missing signed security agreement

☐   Claim does not specify calculations supporting the balance due.  Specifically we require principal balance, interest, fees and any other amounts due.

☐   Claim is not signed

☐   Claim reports different amounts in numerous sections – balance due undeterminable

☐   Other:

If you have any questions, please seek legal advice from your attorney.   Our office CANNOT offer legal advice, which includes any additional information about the requirement of your claim or how to proceed in correcting the issues.

Sincerely,

/s/ Debra L. Miller, Trustee
    Debra L. Miller, Trustee

cc: GLASER & EBBS, , 132 EAST BERRY STREET, FORT WAYNE, IN, 46802-